UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. TUCKER,<br><br>          Petitioner,<br><br>     v.<br><br>STUART J. RYAN, Warden,<br><br>          Respondent. | 1:04-cv-05773 REC TAG HC<br><br>ORDER DENYING MOTION TO AMEND PETITION TO CLARIFY CLAIMS FOR RELIEF, IF NECESSARY (Doc. 10)<br><br>ORDER DENYING MOTION FOR ORDER TO COMPEL CDC TO RETURN LEGAL MATERIAL AND GRANT ACCESS TO THE COURT (Doc. 29)<br><br>ORDER GRANTING PETITIONER THIRTY DAYS FROM THE DATE OF SERVICE IN WHICH TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS DATED MARCH 11, 2005 (Doc. 28) |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   Petitioner filed the instant Petition on May 27, 2004. (Doc. 1). On September 7, 2004, Petitioner filed a Motion to Amend Petition To Clarify Claims For Relief, If Needed. (Doc. 10). In that motion, apparently concerned that some three months had elapsed since the filing of the Petition during which Petitioner had received "no response as to his petition," Petitioner offered, via amended petition, "to clarify" his claims for relief "if necessary." (Doc. 10). On December 9, 2004, Respondent filed a Motion to Dismiss on the grounds that some claims were not exhausted. (Doc. 20).

On December 27, 2004, Petitioner filed his Opposition to the Motion to Dismiss. (Doc. 22). On March 11, 2005, the United States Magistrate Judge issued her Findings and Recommendations that the Motion to Dismiss be granted. (Doc. 28). On March 18, 2005, Petitioner filed a Motion for Order to Compel C.D.C. To Return Legal Material And Grant Access To The Court. (Doc. 29). In that Motion, Petitioner alleges that due to his transfer from one prison facility to another, he was denied access to a law library, that he was confined without access to ink, pen, copiers, and telephones, and that he was not given access to his trial transcripts and notes of the case. (Doc. 29).

Because the Magistrate Judge has issued Findings and Recommendations regarding the Motion to Dismiss, Petitioner's "Motion to Clarify Claims for Relief, If Necessary" appears to be moot and accordingly is denied.

Petitioner's Motion for Order to Compel C.D.C. To Return Legal Material And Grant Access To The Court, insofar as it seeks a Court order requiring the California Department of Corrections to take actions regarding Petitioner's access to the law library, legal research materials, and his files, is beyond the authority of this Court in a habeas corpus proceeding. The California Department of Corrections has the day to day control over Petitioner and his conditions of confinement. Within the context of a habeas corpus proceeding, the Court has no authority to direct the Department of Corrections to conduct its duties vis-a-vis Petitioner in a particular way. Accordingly, Petitioner's Motion is denied.

However, to the extent that Petitioner is in essence requesting additional time in which to file his Objections to the Magistrate Judge's Findings and Recommendations, in light of the difficulties and delays recounted in Petitioner's Motion, the Court will grant Petitioner an additional thirty (30) days from the date of service of this Order in which to file his Objections to the Findings and Recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

1. Petitioner's Motion to Clarify Claims for Relief, If Necessary is HEREBY DENIED (Doc. 10);

2. Petitioner's Motion to Compel is HEREBY DENIED (Doc. 29); and

3. Petitioner is granted thirty (30) days from the date of service of this Order in which to file his Objections to the Magistrate Judge's Findings and Recommendations, dated March 11, 2005. (Doc. 28).

IT IS SO ORDERED.

**Dated:   April 18, 2005**               _____/s/ Theresa A. Goldner_____
j6eb3d                                          UNITED STATES MAGISTRATE JUDGE