UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD L. TUCKER, | ) | 1:04-cv-5773-REC-TAG HC |
| Petitioner, | ) | |
| v. | ) | ORDER VACATING REPORT AND RECOMMENDATION REGARDING RESPONDENT'S MOTION TO DISMISS (Doc. 28) |
| STUART J. RYAN, Warden, | ) | |
| Respondent. | ) | REPORT AND RECOMMENDATION TO GRANT PETITIONER'S MOTION TO WITHDRAW UNEXHAUSTED CLAIMS (Doc. 36) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 11, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed because it contained claims that Petitioner had not fully exhausted in state court. (Doc. 28).  On June 13, 2005, the Court issued an informational order (Doc. 35), apprising Petitioner of the United States Supreme Court decision in Rhines v. Weber, 125 S.Ct. 1528 (2005), which authorizes the limited use of a "stay and abey" procedure in cases where, as here, a petitioner had filed a "mixed" habeas corpus petition and where petitioner has met certain criteria.  Rhines, 125 S.Ct. at 1535. The Court's order gave Petitioner thirty days in which to respond before the Court would refer the Report and Recommendation to the District Judge assigned to the case. (Doc. 35).

On June 24, 2005, in response to the Court's informational order, Petitioner filed a motion for leave to withdraw his unexhausted claims and proceed on his exhausted claims.

1  (Doc. 36). As grounds therefore, Petitioner asserts that because his direct appeal has produced a
2  re-sentencing hearing on a prior conviction used to enhance his sentence, he wishes to proceed
3  with the unexhausted claims after the unexhausted claims have been dismissed. (Id. at p. 2).

**ORDER**

5  GOOD CAUSE appearing therefore, it is HEREBY ORDERED that the Report and
6  Recommendation issued March 11, 2005 (Doc. 28), is VACATED.

**RECOMMENDATION**

8  Based on the foregoing, the Magistrate Judge RECOMMENDS that Petitioner's motion
9  for leave to withdraw his unexhausted claims (Doc. 36), be GRANTED, and that those portions
10 of Grounds One and Four identified as unexhausted in the Magistrate Judge's Report and
11 Recommendation of March 11, 2005 (Doc. 28), be deemed WITHDRAWN.
12 This Report and Recommendation is submitted to the Senior United States District Judge
13 assigned to the case pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of
14 the Local Rules of Practice for the United States District Court, Eastern District of California.
15 Within thirty (30) days after being served with a copy of this Report and Recommendation, any
16 party may file written objections with the Court and serve a copy on all parties. Such a document
17 should be captioned "Objections to Magistrate Judge's Report and Recommendation." Replies
18 to the Objections shall be served and filed within ten (10) court days (plus three days if served by
19 mail) after service of the Objections. The Court will then review the Magistrate Judge's ruling
20 pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections
21 within the specified time may waive the right to appeal the Order of the District Court. Martinez
22 v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

24 IT IS SO ORDERED.
25 **Dated:    June 29, 2005**            /s/ Theresa A. Goldner
   j6eb3d                         UNITED STATES MAGISTRATE JUDGE