# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. TUCKER, | ) 1:04-cv-05773-REC-TAG HC |
| | ) |
| | ) ORDER ADOPTING REPORT AND |
| Petitioner, | ) RECOMMENDATION (Doc. 37) |
| | ) |
| v. | ) ORDER GRANTING PETITIONER'S |
| | ) MOTION TO WITHDRAW THE |
| | ) UNEXHAUSTED PORTIONS OF THE |
| STUART J. RYAN, | ) PETITION FOR WRIT OF HABEAS CORPUS |
| | ) (Doc. 36) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

 Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

 On June 24, 2005, Petitioner filed a motion for leave to withdraw portions of unexhausted claims in the instant petition. (Doc. 36). On June 29, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that Petitioner request be granted and that the specified portions of the petition's claims be dismissed. (Doc. 37). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed June 29, 2005 (Doc. 37), is ADOPTED IN FULL; and,

2. Petitioner's motion for leave to withdraw the unexhausted portions of claims in the instant petition (Doc. 36), is hereby GRANTED.

The matter is referred back to the Magistrate Judge for further proceedings.

```
IT IS SO ORDERED.

Dated:  August 3, 2005              /s/ Robert E. Coyle
668554                           UNITED STATES DISTRICT JUDGE
```