# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. TUCKER,<br><br>            Petitioner,<br><br>   v.<br><br>STUART J. RYAN,<br><br>            Respondent. | 1:04-cv-05773-AWI-TAG HC<br><br>ORDER GRANTING PETITIONER'S<br>MOTION TO ANNEX EXHIBITS A, B, AND C<br>TO THE TRAVERSE (Doc. 47) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 3, 2005, Respondent filed the Answer. (Doc. 43). On November 28, 2005, Petitioner filed his Traverse. (Doc. 46). On December 7, 2005, Petitioner filed the instant Motion to Annex Exhibits A, B, and C to the Traverse. (Doc. 47). The motion contends that the exhibits proffered are probative of Petitioner's claim that he, an African American, was denied the effective assistance of trial counsel because his trial attorney was racist and purportedly a member of the Ku Klux Klan. (Id. at p. 1).

Exhibit A is a copy of a letter from trial counsel to a prison official indicating that counsel did not believe killing African Americans should be a crime. The letter contains the salutation, "Long live the Klan," and is signed by counsel in his capacity as "Imperial Wizard of Woodlake." Exhibit B is a copy of an e-mail from counsel to another individual discussing the outcome of a trial in which counsel had successfully represented a man accused of attempting to murder an African American. In Exhibit B, counsel expresses further racist views and

comments.  Finally, Exhibit C is a transcript of a <u>Marsden</u> hearing held during Petitioner's trial in which the trial court, apprised of the content of Exhibits A and B, granted the motion and removed the attorney as Petitioner's trial counsel.  Respondent has filed no objections to the instant motion.

    Accordingly, GOOD CAUSE having been shown, it is HEREBY ORDERED that Petitioner's Motion to Annex Exhibits A, B, and C to the Traverse (Doc. 47), is GRANTED.

IT IS SO ORDERED.

Dated:   **September 6, 2006**             /s/ Theresa A. Goldner
**j6eb3d**                                    UNITED STATES MAGISTRATE JUDGE