# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. TUCKER,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>STUART J. RYAN, Warden,<br><br>　　　　　　Respondent. | 1:04-cv-05773 LJO-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 60)<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 26, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the petition for writ of habeas corpus be denied for the reasons set forth therein. (Doc. 60). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of the Findings and Recommendations. To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

1

the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 26, 2008 (Doc. 60), are ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus (Doc. 1), is DENIED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   April 15, 2008**                    /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE