# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. TUCKER, | 1:04-cv-05773-LJO-TAG HC |
| Petitioner, | ORDER VACATING ORDER TO ADOPT DATED APRIL 15, 2008 (Doc. 61) |
| v. | AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 60) |
| STUART J. RYAN, | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT NUNC PRO TUNC TO APRIL 15, 2008 |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 26, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendation that the petition for writ of habeas corpus be DENIED on the merits. (Doc. 60). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order, or by April 14, 2008. On April 15, 2008, after verifying that no objections had been docketed by the Clerk's office, the District Judge issued an order adopting the Magistrate Judge's Findings and Recommendation and entering judgment against Petitioner. (Docs. 61 & 62). Subsequently, it was determined that Petitioner had timely filed objections on April 14, 2008, but that his

1

1 objections had not been docketed by the Clerk's office at the time the District Judge entered

2 judgment.  (Doc. 63).

3         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

4 a *de novo* review of the case.  Having carefully reviewed the entire file, *including Petitioner's*

5 *objections*, the Court concludes that the Magistrate Judge's Findings and Recommendation is

6 supported by the record and proper analysis.

7         Accordingly, IT IS HEREBY ORDERED that:

8         1.      The Order Adopting Findings and Recommendations issued on April 15, 2008

9                 (Doc. 61), is VACATED and the judgment entered on April 15, 2008 (Doc. 62), is

10                VACATED;

11        2.      The Findings and Recommendation, filed March 26, 2008 (Doc. 60), is

12                ADOPTED IN FULL after consideration of Petitioner's objections;

13        3.      This petition for writ of habeas corpus (Doc. 1) is DENIED; and

14        4.      The Clerk of Court is DIRECTED to ENTER JUDGMENT *NUNC PRO TUNC* to

15                April 15, 2008 and close the file.

16        This order terminates the action in its entirety.

17

18 IT IS SO ORDERED.

19 **Dated:    April 16, 2008**                          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28